UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

    RONALD WILLIAM HALEY,                    Case No. 07-54244

        Debtor.                              Chapter 7
_____/
                                               Hon. Walter Shapero
DARLENE LEWIS,

    Plaintiff,

v.                                             Adv. Pro. No. 07-6589

RONALD WILLIAM HALEY,

    Defendant.
_____/

## **ORDER**

For the reasons set forth in the Court's October 29, 2008 Opinion, judgment is hereby entered in favor of the Defendant, Ronald William Haley.

**Signed on October 30, 2008**

                                                      /s/ Walter Shapero
                                                Walter Shapero
                                                United States Bankruptcy Judge